NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODNEY LEON DICKERSON,                     )
                                           )
                Appellant,                 )
                                           )
v.                                         )     Case No. 2D16-2794
                                           )
STATE OF FLORIDA,                          )
                                           )
                Appellee.                  )
                                           )
_____    )

Opinion filed September 5, 2018.

Appeal from the Circuit Court for Lee
County; James R. Adams, Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


                Affirmed.


NORTHCUTT, CRENSHAW, and ROTHSEIN-YOUAKIM, JJ., Concur.